[No. 17312-3-II.   Division Two.   June 21, 1995.]

STEVEN J. MCGEE, *Respondent*, v. JACK J. ACKERMAN,
ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 92-2-00489-6, Milton R. Cox, J.,
entered July 2, 1993. *Reversed* by unpublished opinion per
Fleisher, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 17065-5-II.   Division Two.   June 1, 1995.]

LORI K. MANESS, *Respondent*, v. MICHAEL K. MANESS,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-3-02361-9, Thomas R. Sauriol, J., entered
April 6, 1993. *Affirmed* by unpublished opinion per Hough-
ton, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 33636-3-I.   Division One.   June 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-8-05221-1, George T. Mattson, J., entered
October 27, 1993. *Reversed* by unpublished per curiam
opinion.

[No. 13017-7-III.   Division Three.   June 6, 1995.]

MARGE RODGERS, *Respondent*, v. WILLIAM
RUTKOWSKI, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Aso-
tin County, No. 91-2-00241-5, John M. Lyden, J., entered
January 20, 1993. *Affirmed in part* and *reversed in part* by
unpublished opinion per Sweeney, J., concurred in by
Thompson, C.J., and Munson, J.